SARA A. NAGLE, Appellant, v. SIDNEY F. WARD and Others, Copartners, Doing Business under the Firm Name and Style of WARD, GRUVER & CO., Respondents.— Action by plaintiff to recover moneys paid by her to her account with defendants, a firm of stockbrokers, on the ground that they mismanaged and improperly handled the account. Judgment dismissing the complaint at the close of plaintiff's case unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

CHARLES B. PARTRIDGE, Respondent, v. JOSEPH F. NEE, Appellant.— Order granting plaintiff's motion to strike out the separate defense and counterclaim in the defendant's amended answer to the complaint affirmed, with ten dollars costs and disbursements. The defendant is given twenty days in which to amend his answer, on payment of costs. We are of opinion that the counter-claim contained in the defendant's amended answer is defective, in that the pleading fails to state acts or omissions on the part of the plaintiff in the prosecution of the partition action from which the conclusion of negligence may be drawn. (Peterson v. Eighmie, 175 App. Div. 113; Beatty v. McCutcheon, 200 id. 869; 3 Carmody N. Y. Prac. § 950, p. 1874.) Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

ELAINE PLANICK, an Infant, by LOUIS PLANICK, Her Guardian ad Litem, and LOUIS PLANICK, Appellants, v. ABRAHAM LEHMAN, Respondent.— Action by an infant to recover damages for personal injuries claimed to have been received as the result of the fall of a cement flower pot from the stoop of defendant's premises. Action also by the infant's father to recover for loss of services and for medical expenses. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.